# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Itasca Golf Investors, LLC, et al.

                                  Plaintiff,

v.                                           Case No.: 1:19–cv–01247

                                          Honorable Rebecca R. Pallmeyer

New York Marine and General Insurance Company

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling on motion held. Defendant's motion to dismiss [12] is denied without prejudice to entertainment of these arguments on summary judgment. All fact discovery shall be noticed in time to be completed by 11/29/19. Parties' Rule 26(a)(2) disclosures and reports shall be completed by 3/31/20. All subpoena responses shall be made by 8/2/19. Status hearing set for 10/2/19 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.